UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. BONNER, et al.,<br>          Plaintiffs,<br>     v.<br>HOMELESS SERVICES CENTER,<br>          Defendant. | Case No. 15-cv-04205-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket No. 17)** |

Based on the parties' joint case management statement[1] and the case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is March 10, 2016.[2]

IT IS FURTHER ORDERED that the parties participate in mediation.  The parties shall contact the ADR Unit within 14 days to make the necessary arrangements and meet with a mediator within 90 days.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Fact Discovery Cut-Off ........................................................................... September 29, 2016

---

[1] *See* Docket No. 17.

[2] Plaintiffs' deadline to amend their complaint remains January 21, 2016, as indicated in the court's order on the motion to dismiss.  *See* Docket No. 21 at 10.

| | |
|---|---:|
| Disclosure of Experts and Reports | November 3, 2016 |
| Dispositive Motions Filing Deadline | January 26, 2017 |
| Dispositive Motions Hearing | March 14, 2017 at 10:00 AM |
| Pre-Trial Conference | April 18, 2017 at 10:00 AM |
| Jury Trial | May 1, 2017 at 9:30 AM |

**SO ORDERED.**

Dated: January 7, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge