UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. BONNER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HOMELESS SERVICES CENTER,<br><br>Defendant. | Case No. 15-cv-04205-PSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: To Be Determined<br>Mediator: Andrew Pierce |

IT IS HEREBY ORDERED that the defendant's request to excuse claims adjuster, Vicki Campbell, from appearing in person at the mediation before Andrew Pierce on a date to be determined is GRANTED. Ms. Campbell shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: May 19, 2016

Maria-Elena James
United States Magistrate Judge